UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS REYES,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, FCI Mendota,<br><br>  Respondent. | Case No.: 1:22-cv-1392 JLT HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 3, 5) |

The assigned magistrate judge conducted a preliminary review under Rule 4 of the Rules Governing Section 2254 Cases and issued Findings and Recommendations recommending that the Petition be dismissed for lack of jurisdiction. (Doc. 5.) The Court served the Findings and Recommendations on all parties on January 10, 2023 and advised them that any objections were to be filed within 14 days of service. (*Id*.) In addition, the Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). On January 30, 2023, Petitioner filed objections to the magistrate judge's Findings and Recommendations. (Doc. 6.)

According to 28 U.S.C. § 636 (b)(1)(C), the Court performed a *de novo* review of the case. Notably, Petitioner's arguments in the Objections appear to simply restate his contentions made in the Amended Petition. He does not identify any new facts sufficient to demonstrate this

Court has jurisdiction over his Amended Petition. Having carefully reviewed the entire file—including Petitioner's objections—the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 10, 2023 (Doc. 5), are **ADOPTED** in full.
2. The First Amended Petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.
3. The Clerk of the Court is directed to terminate any pending deadlines and to close the case.

IT IS SO ORDERED.

Dated: __**February 17, 2023**__

UNITED STATES DISTRICT JUDGE

2